# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MICROSOFT CORPORATION, DELL INCORPORATED, and HEWLETT-PACKARD COMPANY,**<br><br>　　　　Defendants. | Case No. 4:14-cv-00827 (RC)<br><br>JURY TRIAL DEMANDED |

## JOINT PROPOSED SCHEDULING ORDER

The Court ORDERS that the following schedule and deadlines are in effect in this case:

| Proposed Date | Event |
|---|---|
| April 27, 2015 | Deadline to file any motion to transfer. |
| May 18, 2015 | Rule 16 Management Conference at 1:30 p.m. in Courtroom 2 at the United States Courthouse in Beaumont, Texas.<br><br>Rolling production of information relevant to the claim or defense of any party (other than e-discovery) may commence following the Management Conference.  Rolling privilege logs to be exchanged within 30 days after each production.<br><br>Depositions may commence following the Management Conference. |
| To be discussed at Management Conference | Mediation.<br><br>If the parties agree that mediation is an option, the Court will appoint a mediator or the parties will mutually agree upon a mediator.  If the parties choose the mediator, they are to inform the Court by letter the name and address of the mediator. |
| May 28, 2015 | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served. |
| June 22, 2015 | Deadline to join additional parties. |
| July 6, 2015 | Exchange initial mandatory disclosures, other than information directed solely toward damages. |
| July 13, 2015 | P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served. |

| | |
|---|---|
| July 30, 2015 | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |
| August 17, 2015 | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). |
| August 17, 2015 | Deadline to file Amended Pleadings.<br><br>It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings except to the extent the amendment seeks to add a new patent in suit. After the deadline, a party may move the Court for Leave to Amend upon a showing of good cause. |
| August 31, 2015 | Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3).  Provide an estimate of how many pages are needed to brief the disputed claims. |
| September 7, 2015 | Response to Amended Pleadings due. |
| September 25, 2015 | Completion date for discovery on claim construction (P.R. 4-4). |
| October 1, 2015 | Substantial completion of rolling production of information referred to in initial disclosures (other than e-discovery). |
| October 7, 2015 | Opening claim construction brief (P.R. 4-5(a)). |
| October 30, 2015 | Responsive claim construction brief (P.R. 4-5(b)). |
| November 3, 2015 | Submit technology synopsis (both hard copy and disk). |
| November 9, 2015 | Reply claim construction brief (P.R. 4-5 (c)). |
| November 17, 2015 | Parties to file joint claim construction and chart (P.R. 4-5(d)).  Parties shall work together to agree on as many claim terms as possible. |
| | Claim Construction Pre-Hearing Conference (should the parties and/or the Court believe it is necessary to hold such a Conference.  In the event that the parties agree that the Conference is not necessary, the parties will promptly inform the Court.) |
| December 1, 2015 | Claim Construction hearing, 10:00 a.m. in Beaumont, Texas. |
| January 15, 2016 | Provide Initial Mandatory Disclosures of information directed solely to damages. |
| January 15, 2016 | Comply with P.R. 3-7 (Designation of Willfulness Opinions). |
| January 29, 2016 | Completion of fact discovery. |
| February 2, 2016 | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B). |
| March 1, 2016 | Parties to designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B). |
| March 22, 2016 | Completion of expert discovery. |
| April 5, 2016 | Objections to any expert, including Daubert motions, shall be filed.  Such objections and motions are limited to ten pages each. |
| April 5, 2016 | File Dispositive motions and any other motions that may require a hearing.  Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions.  Each |

| | |
|---|---|
| | individual motion shall comply with Local Rule CV-7. Responses to motions shall be due in accordance with Local Rule CV-7(e). |
| June 8, 2016 | Notice of intent to offer certified records. |
| June 8, 2016 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (see Local Rule CV-16(b)) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| June 15, 2016 | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. |
| June 25, 2016 | Deadline to serve a response with any objections to the video deposition designation. Requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. |
| June 29, 2016 | File Joint Final Pretrial Order. See Local Rules Appendix D (obtain form for Exhibit List from District Clerk's Office, or create an Exhibit List form that mirrors the District Clerk's form). Exchange Exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. |
| July 6, 2016 | Motions in limine due. |
| July 13, 2016 | Response to motions in limine due.<br><br>File objections to witnesses, deposition extracts, and exhibits listed in Pretrial Order. (This does not extend the deadline to object to expert witnesses). If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law.) |
| July 27, 2016 | Docket Call and Final Pretrial at 9:00am in Plano, Texas.<br><br>Date parties should be prepared to the try the case. Provide court with two copies of most updated Exhibit List. Absent agreement of the parties, this should not have exhibits which were not listed in the Final Pretrial Order, but may have some deletions depending on rulings on objections. At this date, the parties should be prepared to give the Deputy Clerk one hard copy of the exhibits. |
| August 1, 2016 | 9:00 a.m. Jury Selection and Trial in Plano, Texas. |

**SO ORDERED.**